**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2350**

ERIC EMANUEL TAYLOR,

        Plaintiff - Appellant,

    v.

VIRGINIA; THE UNITED STATES,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:15-cv-00429-AWA-RJK)

Submitted: March 16, 2016        Decided: March 22, 2016

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Emanuel Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor appeals the district court's order dismissing his complaint without prejudice and imposing an expanded system of prefiling review on his future filings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Virginia, No. 2:15-cv-00429-AWA-RJK (E.D. Va. Oct. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED